IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SECURITY LIFE OF )
DENVER INSURANCE COMPANY, )
  )
    Interpleader Plaintiff, )
  )
v. ) CASE NO. CV411-008
  )
DHARMISTHA D. SHAH and )
SOUTHEAST BUSINESS NETWORK, )
INC., )
  )
    Defendants )
_____ )
  )
DHARMISTHA D. SHAH, )
  )
    Cross-claimant, )
  )
v. )
  )
SOUTHEAST BUSINESS )
NETWORK, INC. and EDWARD J. )
HOWIE )
  )
    Cross Defendants, )
_____ )

## O R D E R

Before the Court is Cross-claimant Dharmistha Shah's "Motion for Continuance of Requirements of Order and Notice of Pretrial Proceedings." (Doc. 178.) According to Shah, "a ruling as to how this matter is to proceed" remains pending and requests that the Court continue any pretrial proceedings until it does so. (Id.) At this time, no such order remains pending. After careful consideration, Shah's

motion is **DENIED**.[1] As a result, the parties' pretrial order remains due by the close of business on March 6, 2013. (Doc. 177.)

SO ORDERED this 26th day of February 2013.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Accordingly, Shah's "Motion to Strike" (Doc. 180) is **DISMISSED AS MOOT**.

2