IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SECURITY LIFE OF DENVER INSURANCE )
COMPANY,                           )
                                   )
        Interpleader Plaintiff,    )
                                   )
v.                                 )        CASE NO. CV411-008
                                   )
DHARMISTHA D. SHAH and SOUTHEAST   )
BUSINESS NETWORK, INC.,            )
                                   )
        Defendants                 )
_____)
                                   )
DHARMISTHA D. SHAH,                )
                                   )
        Cross-Claimant,            )
                                   )
v.                                 )
                                   )
SOUTHEAST BUSINESS NETWORK, INC.   )
and EDWARD J. HOWIE,               )
                                   )
        Cross-Defendants,          )
_____)



### O R D E R

Before the Court is the parties' Joint Stipulation of
Dismissal. (Doc. 214.) Pursuant to Federal Rule of Civil Procedure
41(a)(1)(A)(ii), the parties may dismiss an action by filing "a
stipulation of dismissal signed by all parties who have appeared."
As requested by the parties, this action is **DISMISSED WITH PREJUDICE**
and each party shall bear its own costs and attorney fees. The
Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of May 2014.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA